

1775 Wehrle Drive, Suite 100
Williamsville, New York 14221
Phone (716) 204-1700
Fax (716) 204-1702
http://www.GrossPolowy.com/

August 17, 2023

Magistrate Judge Marcia M. Henry
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:          Freedom Mortgage Corporation vs. David Lee Bowman, et al.
Civil Action No.    19-cv-06371

Dear Judge Henry:

      Please accept this letter as a request for an adjournment of the status conference scheduled for August 22, 2023 in regard to the above reference matter. Plaintiff's counsel and Defendant David Bowman have met and conferred and have agreed to this request.

      In an effort to attempt a resolution of this matter with loss mitigation, Plaintiff sent a missing document letter Defendant Bowman on July 21, 2023. Plaintiff's counsel followed up with emails to the Defendant on August 3, 2023 and August 11, 2023. Defendant Bowman submitted documents on August 16, 2023 for review.

      Additionally, Defendant Bowman conveyed a request for an adjournment as he is seeking private counsel to assist him with this action.

      In light of the foregoing, an adjournment of the status conference for thirty (30) days, to a date convenient to the Court, is respectfully requested. This request would not affect any other scheduled Court appearance or deadline.

Thank you for your time and consideration in this matter.

                                              Respectfully,

                                  By:      /s/ Tracy M. Fourtner
                                              Tracy M Fourtner, Esq.