# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

FREEDOM MORTGAGE CORPORATION

                *Plaintiff*
                v.                Case No. 19-cv-06371

David Lee Bowman
                *Defendant*

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

FREEDOM MORTGAGE CORPORATION - Plaintiff.

Date: August 21, 2023

*Attorney's signature*

Alexandria A Kaminski Esq.,
*Printed name and bar number*

900 Merchants Concourse, Suite 201, Westbury, NY 11590
*Address*

akaminski@grosspolowy.com
*E-mail address*

(716) 204-1700
*Telephone number*

(716) 204-1702
*FAX number*