

March 27, 2024

Magistrate Judge Marcia M. Henry
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201


Re:             Freedom Mortgage Corporation vs. David Lee Bowman, et al.
Civil Action No.    19-cv-06371


Dear Judge Henry:

    Please accept this letter as a status report in compliance with Your Honor's February 27, 2024 Docket Text Order, wherein the Court requested an update of any loan modification application.

    On March 14, 2024, the mortgage servicer mailed a missing document letter to the Defendant, requesting consecutive 30 days most recent pay stubs. The letter directed the Defendant to submit the documents by April 13, 2024. On March 19, 2024, our firm emailed a copy of the missing document letter to the Defendant. As of today, Plaintiff is waiting for a response from the Defendant as to the missing documents needed to complete the Loss Mitigation Application.

    Thank you for your time and consideration in this matter.

                                               Respectfully,


                              By:    /s/  Tracy M. Fourtner
                                    Tracy M Fourtner, Esq.

CC Via ECF:

Defendant David Bowman

1775 Wehrle Drive, Suite 100
Williamsville, New York 14221
Phone (716) 204-1700
Fax (716) 204-1702
http://www.GrossPolowy.com/